EMMA J. BETTS, Respondent, *v.* HIRAM W. BETTS, Appellant, Impleaded with Others.

SAME *v.* SAME.

*Betts* v. *Betts*, 9 App. Div. 210, affirmed.
(Argued April 28, 1899; decided June 6, 1899.)

APPEALS from judgments of the Appellate Division of the Supreme Court in the second judicial department, entered

October 24, 1896, affirming judgments in favor of plaintiff in each of the above-entitled actions entered upon a decision of the court on trial at Special Term.

*Joel M. Marx* for appellant.

*Benjamin Estes* for respondent.

Judgments affirmed, with costs, on opinion below.
All concur.